616

No. 489. UNITED STATES GUARANTEE Co. *v.* ELKINS ET AL. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Joseph W. Henderson, Thomas F. Mount,* and *George M. Brodhead, Jr.* for petitioner. *Mr. Earl G. Harrison* for respondents.

No. 492. OAK WOODS CEMETERY ASSOCIATION *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Paul E. Shorb* and *M. P. Wormhoudt* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Robert K. McConnaughey* for respondent.

No. 493. EMERSON ELECTRIC MANUFACTURING Co. *v.* EMERSON RADIO & PHONOGRAPH CORP. ET AL. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Lawrence C. Kingsland* and *Edmund C. Rogers* for petitioner. *Messrs. Samuel E. Darby, Jr.* and *Louis D. Fletcher* for respondents.

No. 480. JUSTIN HAYNES & Co. *v.* FEDERAL TRADE COMMISSION. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur L. Kitchin* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. James C. Wilson, Wilber Stammler,* and *W. T. Kelley* for respondent.